No. 715. CHIN YING DON ET AL., APPELLANTS, *v.* GEORGE B. BILLINGS, UNITED STATES COMMISSIONER, ETC. Appeal from the District Court of the United States for the District of Massachusetts. May 1, 1911. Dismissed with costs, on authority of counsel for the appellant, on motion of *Mr. Solicitor General Lehmann* for the appellee. *Mr. Warren Ozro Kyle* for the appellants. *The Attorney General, The Solicitor General* and *Mr. Assistant Attorney General Harr* for the appellee.

---

No. 921. BRADFORD KENNEDY COMPANY ET AL., PLAINTIFFS IN ERROR, *v.* ARTHUR C. MORBECK ET AL. Error to the Supreme Court of the State of Idaho. May 1, 1911. Dismissed per stipulation of counsel. *Mr. Miles Poindexter, Mr. W. T. Stoll* and *Mr. O. C. Moore* for the plaintiffs in error. *Mr. Robert Early McFarland* and *Mr. Robert H. Elder* for the defendants in error.

---

No. 250. SAMUEL R. COLHOUN, APPELLANT, *v.* THE UNITED STATES. Appeal from the Court of Claims. May 15, 1911. Dismissed on motion of *Mr. Archibald King* for the appellant. *Mr. George A. King* for the appellant. *The Attorney General* and *The Solicitor General* for the appellee.